UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

IN THE MATTER OF AN APPLICATION
OF THE UNITED STATES OF AMERICA          UNSEALING ORDER
FOR AN ORDER AUTHORIZING THE
USE OF A PEN REGISTER AND A TRAP         Docket No. 12-MISC-633
AND TRACE DEVICE

- - - - - - - - - - - - - - - -X

Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Nadia I. Shihata, for an order unsealing the above-captioned matter.

WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated: Brooklyn, New York
       June 21, 2016

S/ Marilyn D. Go
_____
HONORABLE MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK